**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
| IN RE: | ) | Honorable Jack B. Schmetterer |
|  | ) |  |
| PILSEN LOFTS LLC, | ) | Case No. 12 B 19681 |
|  | ) |  |
| Debtor. | ) |  |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on **Friday, December 21, 2012, at 11:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer in **Courtroom 682**, United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and present the attached **Motion for Entry of Final Decree Closing Case**, at which time and place you may appear if you so desire.

Dated: December 14, 2012

                                            **PILSEN LOFTS LLC**

                                              /s/ Scott N. Schreiber
                                              One of its attorneys

Scott N. Schreiber, IL ARDS #6191042
Stahl Cowen Crowley Addis, LLC
55 West Monroe St., Ste. 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Fax:  (312) 641-6959

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed **Motion for Entry of Final Decree Closing Case** with the Clerk of Court using the CM/ECF filing system on this 14th day of December, 2012 and thus caused a true and correct copy of the foregoing to be served on all attorneys of record via the Court's CM/ECF filing system, and the parties listed below via U.S. Mail.

### VIA CM/ECF Filing System

**Denise DeLaurent**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**James M. Crowley**
Crowley & Lamb, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 410
(312) 467-5926 (fax)
jcrowley@crowleylamb.com

**Edward P. Freud**
Ruff, Weidenaar et al
222 North LaSalle Street
Chicago, IL 60601
312 602-4890
312 263-1345 (fax)
epfreud@rwrlaw.com

**Mark E Leipold**
Gould & Ratner
222 N LaSalle Street
Chicago, IL 60601
312 899-1651
312 236-3241 (fax)
mleipold@gouldratner.com

**Francis J. Pendergast, III**
Crowley & Lamb
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 414
(312) 467-5926 (fax)
fpendergast@crowleylamb.com

**John F. Sullivan**
Crowley & Lamb, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 480
(312) 467-5926 (fax)
jsullivan@crowleylamb.com

### Via U.S. Mail

1. U.S. Bankruptcy Court - Eastern Division
   219 S Dearborn - 7th Floor - Chicago, IL 60604
2. ALCA Carpentry Contractors  - 161 Tower Drive - Unit F - Burr Ridge, IL 60527
3. AT&T  - P.O. Box 8100 - Aurora, IL 60507-8100
4. Abt Electronics  - 1200 N. Milwaukee Ave. - Glenview, IL 60025
5. Acme Sprinkler Service Co.  - P.O. Box 1110 - Libertyville, IL 60048
6. Active Concept, Inc.  - 4817 W. Montrose - Chicago, IL 60641
7. BathWorks, Inc.  - 3956 N. Elston Ave. - Chicago, IL 60618
8. Best Imaging Solutions  - 20 E Randolph - Mezzanine Level - Chicago, IL 60601
9. Beverly Asphalt Paving Co.  - 1514 W. Pershing Road - Chicago, IL 60609
10. Builders Cabinet Supply  - 401 N. Western, 3rd Floor - Chicago, IL 60612

11. Chantico Condominium Association  - 1061 W. 15th St. - Chicago, IL 60608
12. Chicago Masonry Construction, Inc.  - 841 N. Addison Ave. - Elmhurst, IL 60126
13. City of Chicago Department of Water  - P.O. Box 6330 - Chicago, IL 60602
14. Com Ed  - P.O. Box 87522 - Chicago, IL 60680
15. Designer Flooring  - 2513 N. Milwaukee - Chicago, IL 60647
16. Estructuras, Inc.  - P.O. Box 83 - Glenview, IL 60025
17. F. Garcia Landscaping Inc.  - P.O. Box 572 - Barrington, IL 60011
18. G&L Contractors, Inc.  - 7401 N. St. Louis - Skokie, IL 60076
19. Independent Recycling  - 2401 S. Laflin St. - Chicago, IL 60608
20. Kone Elevator  - 1080 Parkview Blvd - Lombard, IL 60148
21. L. Wyatt  - 1806 S. Carpenter St. - Chicago, IL 60608
22. Lipe Property Company  - 1250 North Paulina - Chicago, IL 60622
23. MB Financial Bank  - 801 West Madison - Chicago, IL 60607
24. MB Financial Bank, N.A.  - 6111 N. River Rd. - Rosemont, IL 60018
25. Mendoza Painting  - 8426 E. 1780 N. Rd. - Momence, IL 60954
26. Modern Heating & Cooling, Inc.  - 137 East Joliet - Schererville, IN 46375
27. National City Community Development  - 1 N. Franklin St. - Chicago, IL 60605
28. Pilsen Lofts LLC  - 1250 North Paulina - Chicago, IL 60622
29. PNC Bank National Association
    One N. Franklin Avenue Suite 3600 - Chicago, IL 60606
30. PNC Bank NA successor National City Bank  - c/o Crowley & Lamb, PC
    221 N. LaSalle St., Suite 550 - Chicago, IL 60601
31. Revolution Management  - c/o John Kenter - 618 West Fulton - Chicago, IL 60661
32. Rexx Rug  - 3312 N. Lincoln Ave. - Chicago, IL 60657
33. Rocha Plumbing  - 3528 West 65th - Chicago, IL 60629
34. SCE Limited  - 195 Exchange Blvd - Glendale Heights, IL 60139
35. State Farm Insurance  - 135 East North Avenue - Northlake, IL 60164
36. Superior Building Services LLC  - P.O. 371 - Highland Park, IL 60035
37. Superior Cleaning  - 7113 North Western Avenue - Chicago, IL 60645
38. The Countertop Factory  - 1010 W. Republic Drive - Unit 1 - Addison, IL 60101
39. Timothy J. McGonagle  - 180 N. Stetson Ave. - Suite 1940 - Chicago, IL 60601
40. Windward Roofing  - P.O. 354 - Bedford Park, IL 60499
41. Zane Byndy  - 1804 South Racine, Apt 4B - Chicago, IL 60608
42. Patrick S Layng  - Office of the U.S. Trustee, Region 11 –
    219 S Dearborn St - Room 873 - Chicago, IL 60604

By:  /s/ Scott N. Schreiber

Scott N. Schreiber, IL ARDC #6191042
Shelly A. DeRousse, IL ARDC #6274798
Stahl Cowen Crowley Addis, LLC
55 West Monroe St., Ste. 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Fax:  (312) 641-6959

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) | Chapter 11 |
|  |  | Honorable Jack B. Schmetterer |
| PILSEN LOFTS LLC, | ) ) ) ) ) | Case No. 12 B 19681 |
| Debtor. |  |  |

## MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

Pilsen Lofts, LLC ("**Pilsen**") moves the Court for entry of a final decree closing this bankruptcy case. In support of this motion, Pilsen respectfully states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

2. The statutory predicates for the relief requested herein are Federal Rule of Bankruptcy Procedure 3022, Local Rule 3022-1, and §350 and Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

### Background

3. On November 30, 2012, the Court entered an order confirming Pilsen's Second Amended Plan of Reorganization.

4. Since the Plan was confirmed, Pilsen had paid all allowed administrative expenses, fully paid the Class 2 creditor's claim, made an initial payment to the Class 4 creditor and made initial payments to all class 7 creditors. In addition, Pilsen has transferred its cash from the debtor in possession accounts to its operating accounts.

5. Pilsen will not be objecting to any claims. There are no avoidance actions that require this Court's continuing jurisdiction/

6. For all intents and purposes, the Plan has been substantially consummated as that term is defined in § 1101(2).

**Relief Requested**

7. Pilsen requests that the Court issue a final decree closing this bankruptcy case as provided for in Bankruptcy Rule 3022.

8. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Rule 3022 of the Federal Rules of Bankruptcy Procedure further provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Bankruptcy Rule 3022.

9. The term "fully administered" is not defined by either the Bankruptcy Code or the Bankruptcy Rules. The Advisory Committee Notes to Bankruptcy Rule 3022 set forth the following non-exclusive list of factors to consider to determine whether a case has been fully administered: (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been transferred; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor [or its successor] has assumed the business or management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters and adversary proceedings have been finally resolved.

10. This case has been fully administered within the meaning of § 350 of the Bankruptcy Code, making it appropriate for the Court to enter a final decree closing the Chapter 11 case. Pilsen has transferred all the deposits required under the Plan to its operating account and has begun making distributions to most of the creditors as required under the Plan. The Order confirming the Plan is final.

11. Pilsen seeks the entry of a final decree closing the case with leave to reinstate if any unforeseen circumstances arise. After the entry of the final decree, Pilsen will continue to make the distributions required under the Plan, and otherwise enforce the terms of the Plan.

WHEREFORE, Pilsen respectfully requests that the Court enter an order (i) entering a final decree in this case; and (ii) granting such other and further relief as the Court deems appropriate.

> Respectfully submitted,
>
> Counsel for PILSEN LOFTS, LLC, Debtor herein
> 55 West Monroe Street, Suite 1200
> Chicago, Illinois 60603
> Tel: (312) 641-0060
> Fax: (312) 641-6859
>
> By: __/s/ Scott N. Schreiber_____

Scott N. Schreiber, Esq. (Bar No. IL 6191042)
Stahl Cowen Crowley Addis, LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
Tel.: 312-641-0060
Fax: 312-641-6959