**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
| IN RE: | ) | Honorable Jack B. Schmetterer |
|  | ) |  |
| PILSEN LOFTS LLC, | ) | Case No. 12 B 19681 |
|  | ) |  |
| Debtor. | ) |  |

**CERTIFICATE OF SERVICE**

     The undersigned, an attorney of record, hereby certifies that on this 15th day of March, 2013 she caused a true and correct copy of the **Post-Confirmation Report** to be served on all attorneys of record via the Court's CM/ECF filing system, and the parties listed below via U.S. Mail.

**VIA CM/ECF Filing System**

**Denise DeLaurent**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**James M. Crowley**
Crowley & Lamb, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 410
(312) 467-5926 (fax)
jcrowley@crowleylamb.com

**Edward P. Freud**
Ruff, Weidenaar et al
222 North LaSalle Street
Chicago, IL 60601
312 602-4890
312 263-1345 (fax)
epfreud@rwrlaw.com

**Mark E Leipold**
Gould & Ratner
222 N LaSalle Street
Chicago, IL 60601
312 899-1651
312 236-3241 (fax)
mleipold@gouldratner.com

**Francis J. Pendergast, III**
Crowley & Lamb
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 414
(312) 467-5926 (fax)
fpendergast@crowleylamb.com

**John F. Sullivan**
Crowley & Lamb, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 480
(312) 467-5926 (fax)
jsullivan@crowleylamb.com

SCCA/33254.003/Doc#167

**Via U.S. Mail**

1. U.S. Bankruptcy Court - Eastern Division
   219 S Dearborn - 7th Floor - Chicago, IL 60604
2. ALCA Carpentry Contractors - 161 Tower Drive - Unit F - Burr Ridge, IL 60527
3. AT&T - P.O. Box 8100 - Aurora, IL 60507-8100
4. Abt Electronics - 1200 N. Milwaukee Ave. - Glenview, IL 60025
5. Acme Sprinkler Service Co. - P.O. Box 1110 - Libertyville, IL 60048
6. Active Concept, Inc. - 4817 W. Montrose - Chicago, IL 60641
7. BathWorks, Inc. - 3956 N. Elston Ave. - Chicago, IL 60618
8. Best Imaging Solutions - 20 E Randolph - Mezzanine Level - Chicago, IL 60601
9. Beverly Asphalt Paving Co. - 1514 W. Pershing Road - Chicago, IL 60609
10. Builders Cabinet Supply - 401 N. Western, 3rd Floor - Chicago, IL 60612
11. Chantico Condominium Association - 1061 W. 15th St. - Chicago, IL 60608
12. Chicago Masonry Construction, Inc. - 841 N. Addison Ave. - Elmhurst, IL 60126
13. City of Chicago Department of Water - P.O. Box 6330 - Chicago, IL 60602
14. Com Ed - P.O. Box 87522 - Chicago, IL 60680
15. Designer Flooring - 2513 N. Milwaukee - Chicago, IL 60647
16. Estructuras, Inc. - P.O. Box 83 - Glenview, IL 60025
17. F. Garcia Landscaping Inc. - P.O. Box 572 - Barrington, IL 60011
18. G&L Contractors, Inc. - 7401 N. St. Louis - Skokie, IL 60076
19. Independent Recycling - 2401 S. Laflin St. - Chicago, IL 60608
20. Kone Elevator - 1080 Parkview Blvd - Lombard, IL 60148
21. L. Wyatt - 1806 S. Carpenter St. - Chicago, IL 60608
22. Lipe Property Company - 1250 North Paulina - Chicago, IL 60622
23. MB Financial Bank - 801 West Madison - Chicago, IL 60607
24. MB Financial Bank, N.A. - 6111 N. River Rd. - Rosemont, IL 60018
25. Mendoza Painting - 8426 E. 1780 N. Rd. - Momence, IL 60954
26. Modern Heating & Cooling, Inc. - 137 East Joliet - Schererville, IN 46375
27. National City Community Development - 1 N. Franklin St. - Chicago, IL 60605
28. Pilsen Lofts LLC - 1250 North Paulina - Chicago, IL 60622
29. PNC Bank National Association
    One N. Franklin Avenue Suite 3600 - Chicago, IL 60606
30. PNC Bank NA successor National City Bank - c/o Crowley & Lamb, PC
    221 N. LaSalle St., Suite 550 - Chicago, IL 60601
31. Revolution Management - c/o John Kenter - 618 West Fulton - Chicago, IL 60661
32. Rexx Rug - 3312 N. Lincoln Ave. - Chicago, IL 60657
33. Rocha Plumbing - 3528 West 65th - Chicago, IL 60629
34. SCE Limited - 195 Exchange Blvd - Glendale Heights, IL 60139
35. State Farm Insurance - 135 East North Avenue - Northlake, IL 60164
36. Superior Building Services LLC - P.O. 371 - Highland Park, IL 60035
37. Superior Cleaning - 7113 North Western Avenue - Chicago, IL 60645
38. The Countertop Factory - 1010 W. Republic Drive - Unit 1 - Addison, IL 60101
39. Timothy J. McGonagle - 180 N. Stetson Ave. - Suite 1940 - Chicago, IL 60601
40. Windward Roofing - P.O. 354 - Bedford Park, IL 60499
41. Zane Byndy - 1804 South Racine, Apt 4B - Chicago, IL 60608
42. Patrick S Layng - Office of the U.S. Trustee, Region 11 –
    219 S Dearborn St - Room 873 - Chicago, IL 60604

                                                      By:   /s/ Shelly A. DeRousse

Scott N. Schreiber, IL ARDC #6191042
Shelly A. DeRousse, IL ARDC #6274798
Stahl Cowen Crowley Addis, LLC
55 West Monroe St., Ste. 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Fax:  (312) 641-6959