**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
| IN RE: | ) | Honorable Jack B. Schmetterer |
|  | ) |  |
| PILSEN LOFTS LLC, | ) | Case No. 12 B 19681 |
|  | ) |  |
| Debtor. | ) |  |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on **Friday, March 29, 2013, at 10:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer in **Courtroom 682**, United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and present the attached **Motion for Entry of Final Decree Closing Case**, at which time and place you may appear if you so desire.

Dated: March 15, 2013

                                                **PILSEN LOFTS LLC**

                                                /s/ Shelly A. DeRousse
                                                One of its attorneys

Scott N. Schreiber, IL ARDC #6191042
Shelly A. DeRousse, IL ARDC #6274798
Stahl Cowen Crowley Addis, LLC
55 West Monroe St., Ste. 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Fax: (312) 641-6959

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed **Motion for Entry of Final Decree Closing Case** with the Clerk of Court using the CM/ECF filing system on this 15th day of March, 2013 and thus caused a true and correct copy of the foregoing to be served on all attorneys of record via the Court's CM/ECF filing system, and the parties listed below via U.S. Mail.

### VIA CM/ECF Filing System

**Denise DeLaurent**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**James M. Crowley**
Crowley & Lamb, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 410
(312) 467-5926 (fax)
jcrowley@crowleylamb.com

**Edward P. Freud**
Ruff, Weidenaar et al
222 North LaSalle Street
Chicago, IL 60601
312 602-4890
312 263-1345 (fax)
epfreud@rwrlaw.com

**Mark E Leipold**
Gould & Ratner
222 N LaSalle Street
Chicago, IL 60601
312 899-1651
312 236-3241 (fax)
mleipold@gouldratner.com

**Francis J. Pendergast, III**
Crowley & Lamb
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 414
(312) 467-5926 (fax)
fpendergast@crowleylamb.com

**John F. Sullivan**
Crowley & Lamb, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206
(312) 670-6900 Ext. 480
(312) 467-5926 (fax)
jsullivan@crowleylamb.com

### Via U.S. Mail

1. U.S. Bankruptcy Court - Eastern Division
   219 S Dearborn - 7th Floor - Chicago, IL 60604
2. ALCA Carpentry Contractors  - 161 Tower Drive - Unit F - Burr Ridge, IL 60527
3. AT&T  - P.O. Box 8100 - Aurora, IL 60507-8100
4. Abt Electronics  - 1200 N. Milwaukee Ave. - Glenview, IL 60025
5. Acme Sprinkler Service Co.  - P.O. Box 1110 - Libertyville, IL 60048
6. Active Concept, Inc.  - 4817 W. Montrose - Chicago, IL 60641
7. BathWorks, Inc.  - 3956 N. Elston Ave. - Chicago, IL 60618
8. Best Imaging Solutions  - 20 E Randolph - Mezzanine Level - Chicago, IL 60601
9. Beverly Asphalt Paving Co.  - 1514 W. Pershing Road - Chicago, IL 60609
10. Builders Cabinet Supply  - 401 N. Western, 3rd Floor - Chicago, IL 60612

SCCA/33254.003/Doc#167

11. Chantico Condominium Association - 1061 W. 15th St. - Chicago, IL 60608
12. Chicago Masonry Construction, Inc. - 841 N. Addison Ave. - Elmhurst, IL 60126
13. City of Chicago Department of Water - P.O. Box 6330 - Chicago, IL 60602
14. Com Ed - P.O. Box 87522 - Chicago, IL 60680
15. Designer Flooring - 2513 N. Milwaukee - Chicago, IL 60647
16. Estructuras, Inc. - P.O. Box 83 - Glenview, IL 60025
17. F. Garcia Landscaping Inc. - P.O. Box 572 - Barrington, IL 60011
18. G&L Contractors, Inc. - 7401 N. St. Louis - Skokie, IL 60076
19. Independent Recycling - 2401 S. Laflin St. - Chicago, IL 60608
20. Kone Elevator - 1080 Parkview Blvd - Lombard, IL 60148
21. L. Wyatt - 1806 S. Carpenter St. - Chicago, IL 60608
22. Lipe Property Company - 1250 North Paulina - Chicago, IL 60622
23. MB Financial Bank - 801 West Madison - Chicago, IL 60607
24. MB Financial Bank, N.A. - 6111 N. River Rd. - Rosemont, IL 60018
25. Mendoza Painting - 8426 E. 1780 N. Rd. - Momence, IL 60954
26. Modern Heating & Cooling, Inc. - 137 East Joliet - Schererville, IN 46375
27. National City Community Development - 1 N. Franklin St. - Chicago, IL 60605
28. Pilsen Lofts LLC - 1250 North Paulina - Chicago, IL 60622
29. PNC Bank National Association
    One N. Franklin Avenue Suite 3600 - Chicago, IL 60606
30. PNC Bank NA successor National City Bank - c/o Crowley & Lamb, PC
    221 N. LaSalle St., Suite 550 - Chicago, IL 60601
31. Revolution Management - c/o John Kenter - 618 West Fulton - Chicago, IL 60661
32. Rexx Rug - 3312 N. Lincoln Ave. - Chicago, IL 60657
33. Rocha Plumbing - 3528 West 65th - Chicago, IL 60629
34. SCE Limited - 195 Exchange Blvd - Glendale Heights, IL 60139
35. State Farm Insurance - 135 East North Avenue - Northlake, IL 60164
36. Superior Building Services LLC - P.O. 371 - Highland Park, IL 60035
37. Superior Cleaning - 7113 North Western Avenue - Chicago, IL 60645
38. The Countertop Factory - 1010 W. Republic Drive - Unit 1 - Addison, IL 60101
39. Timothy J. McGonagle - 180 N. Stetson Ave. - Suite 1940 - Chicago, IL 60601
40. Windward Roofing - P.O. 354 - Bedford Park, IL 60499
41. Zane Byndy - 1804 South Racine, Apt 4B - Chicago, IL 60608
42. Patrick S Layng - Office of the U.S. Trustee, Region 11 –
    219 S Dearborn St - Room 873 - Chicago, IL 60604

By:   /s/ Shelly A. DeRousse

Scott N. Schreiber, IL ARDC #6191042
Shelly A. DeRousse, IL ARDC #6274798
Stahl Cowen Crowley Addis, LLC
55 West Monroe St., Ste. 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Fax: (312) 641-6959

SCCA/33254.003/Doc#167