IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| PILSEN LOFTS LLC, | ) | Honorable Jack B. Schmetterer |
|  | ) |  |
|  | ) | Case No. 12 B 19681 |
| Debtor. | ) |  |
|  | ) |  |

### FINAL DECREE CLOSING CASE

Upon the Motion Pilsen Lofts LLC ("Pilsen") for entry of a final decree closing this bankruptcy case (the "**Motion**"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court being satisfied that the estate of the Debtor has been substantially consummated and fully administered within the meaning of § 350 of the Bankruptcy Code; and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED:

1. The bankruptcy case of Pilsen Lofts LLC, case no. 12 B 19681 shall be closed as provided for in Bankruptcy Rule 3022, effective as of the date of this order;

2. Notice of the Motion as actually provided is sufficient;

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order and the implementation of the Second Amended Plan of Reorganization confirmed by prior order of this Court (the "**Plan**")

Entered: ~~December~~ March 29, 2012

The Honorable Jack B. Schmetterer

MAR 29 2013

SCCA/33254.003/Doc#162

4